# UNITED STATES DISTRICT COURT,
## CENTRAL DISTRICT OF CALIFORNIA,
## SOUTHERN DIVISION

| | |
|---|---|
| MARIA LETICIA HEREDIA, | **Case No.:** SACV 11-0450 AG (VBKx) |
| Plaintiff, | **JUDGMENT** |
| v. | **Judge: Hon. Andrew Guilford** |
| TSC ACCOUNTS RECEIVABLE SOLUTIONS, | |
| Defendant. | |

**UPON GOOD CAUSE SHOWING** it is hereby ordered that judgment be entered for the Plaintiff, MARIA LETICIA HEREDIA, and against Defendant, TSC ACCOUNTS RECEIVABLE, in the sum of $2,000.00 in statutory damages plus an award of $6,055.50 for Plaintiff's reasonable attorneys' fees and $435.00 in costs for a total award of $8,490.50.  **IT IS SO ORDERED.**

DATED: November 10, 2011

_____
Hon. Andrew Guilford
U.S. DISTRICT COURT JUDGE

{PROPOSED} JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

{PROPOSED} JUDGMENT